IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

EDWARD J. SCHWAB,

                Petitioner,

    v.

GREEN BAY CORRECTIONAL INSTITUTION,

                Respondent.

ORDER

11-cv-433-wmc

_____

      In response to this court's June 17, 2011 order, petitioner Edward Schwab has submitted a certified copy of his six-month trust fund account statement so that I can determine whether he qualifies for indigent status and, if he does, calculate an initial partial payment of the $5 fee for filing this habeas petition. Having considered petitioner's affidavit of indigency and his six-month trust account statement, I find that he is unable to prepay the fees of commencing this action to post security therefor, pursuant to 28 U.S.C. § 1915(a)(1). Accordingly, petitioner's request for leave to proceed *in forma pauperis* is granted.

      Entered this 6th day of July, 2011.

                                      BY THE COURT:

                                      /s/

                                      STEPHEN L. CROCKER
                                      Magistrate Judge