IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDWARD J. SCHWAB,

    Petitioner,

v.

WARDEN, GREEN BAY
CORRECTIONAL INSTITUTION,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-433-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Edward J. Schwab for a writ of habeas corpus under 28 U.S.C. § 2254 with prejudice as untimely.


_Peter Oppeneer_        4/3/13
Peter Oppeneer, Clerk of Court      Date